UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAWN BERRY *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BOSTON SCIENTIFIC CORPORATION, <br><br> Defendant. | CASE NO. C19-0660-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 58). Although the stipulation seems to suggest that this case involves multiple defendants and that Plaintiffs stipulate only to the dismissal of claims against Defendant Boston Scientific Corporation, (*see* Dkt. No. 58 at 1–2), Boston Scientific Corporation is, in fact, the only defendant, (*see* Dkt. No. 1 at 1.) Accordingly, the parties have stipulated to the dismissal of *all* claims in this case. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

//

//

DATED this 16th day of October 2019

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
[CASE #]
PAGE - 2